# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,  )
)
                Plaintiff,  )
)
vs.  )      Case No. 3:06 - cr - 578
)
)
ALI  MURTAZA,  )
)
             Defendant.  )

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the defendant, having both filed a written consent,

appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The defendant

entered a plea of guilty to Count(s) __1 and 2__ of the Indictment/~~Information~~. After cautioning

and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea(s) ~~was~~/were knowing and voluntary as to each count, and that the

offenses(s) charged ~~is~~/are supported by an independent factual basis concerning each of the

essential elements of such offense(s). I, therefore, recommend that the plea(s) of guilty be

accepted, that a pre-sentence investigation and report be prepared, and that the defendant be

adjudged guilty and have sentence imposed accordingly.

_December 28, 2006_
Date

THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).